**JASON M. BAXTER**
ATTORNEY AT LAW
1280 LEXINGTON AVE. FRNT 2 #1437
NEW YORK, NY 10028
TELEPHONE (212) 889-9811
EMAIL: JASON@LAWBAXTER.COM
WWW.LAWBAXTER.COM

**By ECF:**

October 30, 2025

United States District Court
Southern District of New York
Honorable George B. Daniels
500 Pearl Street
New York, NY 10007

    Re:    *United States v. Jason Crystal*
             *Criminal Docket No. 25-CR-444(GBD)*

Dear Judge Daniels:

Please accept this letter as a respectful request to extend the time for Mr. Crystal to move to modify and meet the conditions for pre-trail release from October 31, 2025, until November 7, 2025, as previously ordered by Judge Ona T. Wang. I have discussed this request with the US Attorney, Mr. Grossinger, and he has consented to this extension.

Respectfully Submitted,

*/s/ Jason M. Baxter*

Jason M. Baxter, Esq.

**SO ORDERED:**

_____
George B. Daniels, U.S.D.J.

Dated: OCT 3 0 2025