UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,

    -against-

ABBA COHEN et al.

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

24 Cr. 444 (GBD)

GEORGE B. DANIELS, United States District Judge:

Upon the consent of Pre Trial Services and the Government, Defendant Jason Cystal's motion to modify the bail amount ordered by Magistrate Judge Wang is GRANTED. Mr. Crystal's bail amount is modified from $1,000,000 to $250,000. The Clerk of Court is directed to close the open motion at Dkt. 22.

Dated: November 19, 2025
New York, New York

SO ORDERED.

*George B Daniels*
GEORGE B. DANIELS
United States District Judge