**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
UNITED STATES OF AMERICA,　　　　　:

　　　　　-against-　　　　　　　　　:

　　　　　　　　　　　　　　　　　　:　　　　　　ORDER
JASON CRYSTAL　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　25 Cr. 444-2 (GBD)
　　　　　　Defendant.　　　　　　　:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

GEORGE B. DANIELS, United States District Judge:

Defendant Jason Crystal's December 11, 2025, renewed request to modify his conditions of pre-trial release to allow him travel to Las Vegas for four days is DENIED.

This is Mr. Crystal's third request for bail modification in the past two months. (*See* ECF Nos. 22, 27, 29.) On November 19, 2025, this Court granted Mr. Crystal's unopposed request to modify the secured bail amount ordered by Magistrate Judge Wang from $1,000,000 to $250,000. (Order Granting Motion to Modify Bail, ECF No. 24.) On December 10, 2025, this Court denied Mr. Crystal's request to modify his conditions of pre-trial release to allow him to attend a convention in Las Vegas for six days. (Order Denying Motion to Modify Conditions of Pre-Trial Release, ECF No. 28.) Mr. Crystal then renewed his request, asking this Court to allow him to attend a Las Vegas conference for four days, instead of six. (ECF No. 29.)

Mr. Crystal is currently charged with six counts, including money laundering, conspiracy to commit bank fraud, and bank fraud. (Indictment, ECF No. 3.) Five of these charges each carry a maximum sentence of up to 20 years imprisonment, and one of these charges has a maximum sentence of up to 30 years.[1] The Government's allegations accuse the Defendant of participating in construction-related scams and laundering approximately $20 million in proceeds of fraud. (*Id.*

---

[1] *See generally* 18 U.S.C. §§ 1956(a)(1)(B)(i) and 2, 18 U.S.C. § 1956(h), 18 U.S.C. § 1343, 18 U.S.C. § 1344 and 2, and 18 U.S.C. § 1349.

at 1.)  These are serious offenses which will require restitution for victims affected if Mr. Crystal is convicted.  *See, e.g., United States v. Abboud*, No. 23-6054, 2025 WL 899266, at *1 (2d Cir. Mar. 24, 2025) (affirming a district court's judgment and sentence that ordered restitution for conspiracy to commit bank fraud, bank fraud, and money laundering).  Moreover, Defendant Crystal was aware that the bail imposed by Magistrate Judge Wang limits his travel to E.D.N.Y, S.D.N.Y, and D.N.J.  (ECF No. 10.)

Accordingly, because a Las Vegas trip at this time is inconsistent with the limits of Mr. Crystal's bail conditions and the serious nature of the outstanding criminal accusations, Mr. Crystal's request to modify the conditions of his bail to allow him to travel to Las Vegas is DENIED.

The Clerk of Court is respectfully directed to close the open motions at ECF Nos. 27, 29.

Dated: December 16, 2025
New York, New York

SO ORDERED.

GEORGE B. DANIELS
United States District Judge