**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

        -against-

ABBA COHEN et al.

                  Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

ORDER

25 Cr. 444 (GBD)

GEORGE B. DANIELS, United States District Judge:

Defendant Jason Cystal's letter motion to modify his conditions of Pre-Trial release to allow him to travel to the Poconos is DENIED.

Dated: January 13, 2026
New York, New York

SO ORDERED.

_George B. Daniels_
GEORGE B. DANIELS
United States District Judge