

GROSS & ASSOCIATES PLLC
ATTORNEYS AT LAW

260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel: (212) 943-4300
Fax: (718) 412-9944

July 14, 2026

VIA ECF:

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *United States v. Cohen et al*, 25-cr-00444 (GBD)

Dear Judge Daniels:

This office, together with Lawrance S. Feld, Esq., and Jason Baxter, Esq., represent Defendant Jason Crystal. We respectfully request a one-month extension of Mr. Crystal's deadline to file defense motions, from July 17, 2026, to August 17, 2026. This is Mr. Crystal's first request for an extension of this deadline.

The prior extension request, submitted by Codefendant Miles Connors on July 13, 2026 (ECF Doc. 48), and granted by the Court on July 14, 2026 (ECF Doc. 49), was limited to Mr. Connors' own motion deadline. To avoid any uncertainty, Mr. Crystal now respectfully moves for the same extension of his own motion deadline. Codefendant Abba Cohen joins in this application and requests the same extension. The Government consents to this request.

A one-month extension would adjust the deadlines for all defense motions as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' motion(s) due | July 17, 2026 | August 17, 2026 |
| Government's opposition due | August 14, 2026 | September 14, 2026 |
| Defendants' reply due | August 28, 2026 | September 28, 2026 |

Respectfully submitted,

/s/ Leopold Gross
Leopold Gross

CC: All counsel of record via ECF