GROSS & ASSOCIATES PLLC
ATTORNEYS AT LAW

260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel: (212) 943-4300
Fax: (718) 412-9944

September 3, 2026

VIA ECF:

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *United States v. Cohen et al*, 1:25-cr-00444 (GBD)

Dear Judge Daniels:

This office, together with Lawrance S. Feld, Esq., and Jason Baxter, Esq., represents Defendant Jason Crystal. We respectfully request a 30-day extension of Mr. Crystal's deadline to file defense motions, from September 8, 2026, to October 8, 2026, in light of the upcoming Jewish holidays observed by Defendants Cohen and Crystal. This is their third request for an extension of the motion schedule.

Defendant Abba Cohen joins in this request. Defendant Miles Connors wishes to maintain the current motion schedule but does not object to the requested extension for Cohen and Crystal. The Government consents to this request.

If granted, the extension would modify the motion schedule for Cohen and Crystal only, as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendants' motion(s) due | September 8, 2026 | October 8, 2026 |
| Government's opposition due | October 6, 2026 | November 5, 2026 |
| Defendants' reply due | October 30, 2026 | November 30, 2026 |

Defendants Cohen and Crystal also request that the conference scheduled for November 19, 2026, be adjourned to a date in December. They consent to the exclusion of time through the adjourned conference date.

Respectfully submitted,

/s/ Leopold Gross
Leopold Gross

CC: All counsel of record via ECF