GROSS & ASSOCIATES PLLC
ATTORNEYS AT LAW

260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel: (212) 943-4300
Fax: (718) 412-9944

October 7, 2026

VIA ECF:

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *United States v. Cohen et al*, 1:25-cr-00444 (GBD)

Dear Judge Daniels:

This office, together with Lawrance S. Feld, Esq., and Jason Baxter, Esq., represents Defendant Jason Crystal. We respectfully request a 30-day extension of Mr. Crystal's deadline to file defense motions, from October 8, 2026 to November 5, 2026. Mr. Crystal is in plea negotiations with the Government; an extension of time to file motions would facilitate this process. This is Mr. Crystal's fourth request for an extension of the motion schedule. The Government consents to this request.

Defendant Miles Connors already filed his motions on September 8, 2026, and Defendant Abba Cohen already filed his motions on October 5, 2026.

If granted, the extension would modify the motion schedule for Mr. Crystal as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendant's motion(s) due | October 8, 2026 | November 5, 2026 |
| Government's opposition due | November 5, 2026 | December 3, 2026 |
| Defendant's reply due | November 30, 2026 | December 21, 2026 |

Mr. Crystal also requests that the conference scheduled for December 11, 2026, be adjourned to a date in January. Mr. Crystal consents to the exclusion of time through the adjourned conference date.

Respectfully submitted,

/s/ Leopold Gross
Leopold Gross

CC: All counsel of record via ECF