GROSS LAW FIRM PLLC
ATTORNEYS AT LAW

260 Madison Avenue, 22nd Floor
New York, New York 10016
Tel: (212) 943-4300

November 2, 2026

VIA ECF:

Honorable George B. Daniels
United States District Judge
500 Pearl St.
New York, NY 10007

Re: *United States v. Cohen et al*, 1:25-cr-00444 (GBD)

Dear Judge Daniels:

This office, together with Lawrance S. Feld, Esq., and Jason Baxter, Esq., represents Defendant Jason Crystal. We respectfully request a 30-day extension of Mr. Crystal's deadline to file defense motions, from November 5, 2026 to December 7, 2026. Mr. Crystal is in plea negotiations with the Government; an extension of time to file motions would facilitate this process. This is Mr. Crystal's fifth request for an extension of the motion schedule. The Government consents to this request.

Defendant Miles Connors already filed his motions on September 8, 2026, and Defendant Abba Cohen already filed his motions on October 5, 2026.

If granted, the extension would modify the motion schedule for Mr. Crystal as follows:

| Filing/Event | Current Deadline | Proposed Extension |
|---|---|---|
| Defendant's motion(s) due | November 5, 2026 | December 7, 2026 |
| Government's opposition due | December 3, 2026 | January 7, 2027 |
| Defendant's reply due | December 21, 2026 | January 21, 2027 |

Mr. Crystal and the Government jointly request, with the consent of counsel for defendant Abba Cohen, that the briefing schedule with respect to Mr. Cohen's pretrial motions be modified to conform to the briefing schedule with respect to Mr. Crystal's motions—i.e., the Government's opposition brief will be due on January 7, 2027, and Mr. Cohen's reply, if any, will be due on January 21, 2027.

Mr. Crystal also requests that the conference scheduled for January 12, 2027, be adjourned to a date in February. Mr. Crystal consents to the exclusion of time through the adjourned conference date.

Respectfully submitted,

/s/ Leopold Gross
Leopold Gross

CC: All counsel of record via ECF